IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, THE CHICAGO LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND and CATHERINE WENSKUS, Administrator of the Funds, <br><br> Plaintiffs, <br> v. <br><br> DYNAMICX ENTERPRISES, INC., an Illinois corporation, and N D GROUP INC., an Illinois corporation, <br><br> Defendants. | Case No. 15 C 7881 <br><br> Magistrate Judge Weisman |

## AMENDED MOTION TO REINSTATE AND CONFESS JUDGMENT

NOW COME Plaintiffs Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers' District Council Retiree Health and Welfare Fund, and Catherine Wenskus, Administrator of the Funds (collectively, "the Funds"), by and through their attorney, Katherine Mosenson, and hereby move this Court to reinstate this case and enter judgment on the amounts due on the accelerated Installment Note reached in settlement of this case. In support of this Amended Motion, Plaintiffs state as follows:

1. On January 16, 2018, this matter was dismissed without prejudice and with the Court retaining jurisdiction up and through March 1, 2021 to enforce the terms of the Parties' Settlement Agreement. The Settlement Agreement, Installment Note, and Guaranty of Payment

and Indemnification entered into by the Parties are attached hereto as Exhibits A, B, and C, respectively.

2.	Paragraphs 7 and 8 of the Settlement Agreement require Dynamicx Enterprises, Inc. (hereinafter, "Dynamicx" or the "Company") to provide, and to continue to provide on a monthly basis during the pendency of the Note, a list of all current projects on which Dynamicx is currently working or from which Dynamicx continues to be owed money, as well as any projects bid upon by Dynamicx. See Exhibit A.

3.	Paragraph 9 of the Installment Note requires the Company to stay current on all obligations with the Funds for the duration of the Note and further provides that the Funds can accelerate and collect all amounts due on the Note if the Company fails to stay current on its obligations to the Funds and the Union.

4.	Dynamicx has failed to pay benefit reports for the months of August and September 2017 as well as February 2018. The Company has also failed to submit and pay dues reports for August 2017, and has submitted but not paid the February 2018 dues report. See Affidavit of Rocco Marcello ("Marcello Affidavit"), ¶ 4, attached hereto as Exhibit D.

5.	The Company is further in default because it has failed to make its third installment payment, due March 1, 2018.

6.	Pursuant to the Settlement Agreement, the Company also agreed to pay $32,000.00 as gross back wages to affected employees and December 15, 2017, March 1, 2018, June 1, 2018 and September 1, 2018. The Company made its first payment of $8,000.00, but has failed to submit the second payment due on March 1, 2018. See Affidavit of Martin Flanagan, ¶3, attached hereto as Exhibit E.

7. The Company is in default on the Installment Note and in breach of the Settlement Agreement, and Plaintiffs are within their right to reinstate this case and request that the Court enter judgment on the balance due on the Note. In addition, Plaintiffs are entitled to their attorneys' fees and expenses incurred in bringing this Motion.

8. The Company owes $110,300.60 on the Installment Note. See Marcello Affidavit, ¶ 2. In addition, the Funds have incurred $1,205.50 in attorneys' fees to enforce the terms of the Settlement Agreement and Installment Note. See Declaration of Katherine Mosenson, attached hereto as Exhibit F.

WHEREFORE, Plaintiffs respectfully request that this Court:

A. Reinstate the case and enter judgment in favor of the Funds and against Defendant Dynamicx Enterprises, Inc. in the amount of $111,551.10;

B. Order the Company to submit a list to the Funds of all current projects on which Dynamicx is currently working or from which Dynamicx continues to be owed money, as well as a list of new or outstanding bids submitted by Dynamicx, including job name, job location, general contractor and contract amount; and

C. Awarding Plaintiffs any other relief the Court deems just and proper.

Respectfully submitted,

April 2, 2018            Laborers' Pension Fund, et al.

By: /s/ Katherine Mosenson

Office of Fund Counsel
111 West Jackson Boulevard
Suite 1415
Chicago, IL 60604
(312) 692-1540

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused copies of the foregoing Motion to Reinstate and Confess Judgment to be served upon the following person via the Court's electronic notification system this 2nd day of April 2018.

| | |
|---|---|
| Mario Utreras | Rafael Vargas |
| Utreras Law Offices, Inc. | Cicero Vargas Law Group |
| 333 North Michigan Avenue | 817 West Superior Street |
| Suite 1815 | Suite 1 |
| Chicago, IL 60601 | Chicago, IL 60642 |
| 312-263-5580 | 312-888-9659 |
| mutreras@utreraslaw.com | rafael@cicerovargas.com |

By: /s/ Katherine Mosenson