**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LABORERS' PENSION FUND, LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, THE CHICAGO LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND and CATHERINE WENSKUS, not individually, but as Administrator of the Funds, <br> Plaintiffs, <br> v. <br> DYNAMICX ENTERPRISES, INC., an Illinois corporation, and NICOLAS DIAZ, individually, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 15 C 7881 <br><br> Magistrate Judge Weisman |

## MOTION FOR ENTRY OF AGREED JUDGMENT

Now come Plaintiffs Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers' District Council Retiree Health and Welfare Fund and Catherine Wenskus (collectively referred to hereinafter as the "Funds"), by and through their attorney, Katherine Mosenson, and hereby move this Court for Entry of the Parties' Agreed Judgment in favor of the Funds and against Defendants Dynamicx Enterprises, Inc. ("Dynamicx") and Nicolas Diaz ("Diaz") (collectively the "Defendants"). In support of this Motion, Plaintiffs state as follows:

1. On July 30, 2019 this Court directed Plaintiffs to provide a proposed agreed judgment order to Defense Counsel by August 12, 2019.

2. Plaintiffs' Counsel emailed Defense Counsel the proposed agreed judgment, attached hereto as Exhibit A, as well as an explanation and break-down of the figure in the proposed agreed judgment, $641.587.92. The agreed judgment figure explanation and breakdown is attached hereto as Exhibit B.

3. Defense Counsel and Plaintiffs' Counsel spoke on August 26, 2019, and Defense Counsel stated that the Defendants were in agreement with the calculations and did not object to the judgment amount.

4. As both Parties are in agreement with the proposed agreed judgment order, Plaintiffs' respectfully request that judgment be entered in favor of the Funds and against Dynamicx and Diaz, jointly and severally, in the amount of $641,587.92

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in favor of the Funds and against Dynamicx Enterprises, Inc., and Nicolas Diaz, jointly and severally, in the amount of $641,587.92.

August 27, 2019                                              Laborers' Pension Fund, et al.

                                                             By:  /s/Katherine Mosenson

Office of Fund Counsel
111 West Jackson Boulevard
Suite 1415
Chicago, IL 60604
(312) 692-154
(312) 692-1489 (fax)

## **CERTIFICATE OF SERVICE**

The undersigned certifies that she caused a copy of the foregoing Motion for Entry of Agreed Judgment to be served upon the following person via the Court's electronic notification system this 27th day of August, 2019.

Mario E. Utreras
Utreras Law Offices, Inc.
333 North Michigan Avenue
Suite 1815
Chicago, IL 60601
mutreras@utreraslaw.com

/s/ Katherine Mosenson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No.: 15 C 7881 |
| | ) | |
| DYNAMICX ENTERPRISES, INC., | ) | |
| an Illinois corporation, and NICOLAS DIAZ, | ) | Magistrate Judge Weisman |
| individually, | ) | |
| Defendants. | ) | |

## AGREED JUDGMENT ORDER

Now come Plaintiffs, Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers' District Council Retiree Health and Welfare Fund, and Catherine Wenskus (the "Funds"), by and through their attorney, Katherine Mosenson, and Defendants, Dynamicx Enterprises, Inc. ("Dynamicx") an Illinois corporation, and Nicholas Diaz ("Diaz") individually (collectively the "Defendants"), by and through their attorney, Mario E. Utreras, and hereby agree to judgment as follows:

1. Judgment is hereby entered in favor of the Funds and against Dynamicx and Diaz, jointly and severally, in the amount of $641,587.92.

Respectfully submitted,

August 27, 2019

Laborers' Pension Fund, et al.          Dynamicx Enterprises, Inc.
                                         Nicolas Diaz

By: /s/ Katherine Mosenson              By: /s/ Mario E. Utreras

**Exhibit A**

| Katherine Mosenson | Mario E. Utreras |
| --- | --- |
| Office of Fund Counsel | Utreras Law Offices, Inc. |
| Laborers' Pension and Welfare Funds | 333 North Michigan Avenue |
| 111 West Jackson Boulevard | Suite 1815 |
| Suite 1415 | Chicago, IL 60601 |
| Chicago, IL 60604 | mutreras@utreraslaw.com |
| katem@chilpwf.com | |

ENTER:

_____
The Honorable M. David Weisman
United States District Court Magistrate Judge

Dated:_____

10/1/16-6/30/18 Audit:
    Per summary - $332,399.06
    (subtract $86,202.02 sitting in PM for August 2017)
    Equals $246,197.04

PLUS

July through December 2018 reports:
    Fringes - $253,724.11
    LDs - $25,372.41
    Dues - $17,666.33
    LDs - $1,766.63

PLUS

Balance on installment note:
    $76,093.40

PLUS

Attorneys' fees & costs:
    $20,768.00


TOTAL ON JUDGMENT:

**$641,587.92**